# Third District Court of Appeal
## State of Florida

Opinion filed November 24, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D19-2065
Lower Tribunal No. F04-9267

————————

**Morin Cherfrere,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

McLain Law, P.A., and Matthew R. McLain (Longwood), for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. See Hernandez v. State, 43 Fla. L. Weekly D1079, D1080 (Fla. 3d DCA May 16, 2018) ("The trial court's findings of fact on the statutory factors listed in [section 921.1402] are reviewed for the existence of competent, substantial evidence in the record."); Bell v. State, 313 So. 3d 1183, 1187 (Fla. 1st DCA 2021) ("On appeal, any factual findings by the trial court which are supported by competent, substantial evidence in the record must be affirmed, and the court's ultimate sentencing decision is reviewed for abuse of discretion." (citing Jackson v. State, 276 So. 3d 73, 76 (Fla. 1st DCA 2019))).